# IN THE
## NORTH CAROLINA EASTERN DISTRICT COURT
### RALEIGH, NORTH CAROLINA

DAVID PERRY Reg. 14113-091 ) Circuit Court Case No.
(Petitioner),                )
v.                           )
CHoi, B. RN, Zongker, Tyler PA-C, )
Overton, LAVON PA-C, Kubin, Rachel PA-C, )
Counselor Wiggins, Unit )
Manager's Simms, Attorney )
Melanie Gavisk, MD. Grady )
MD Dean Cutillar (Defendants), )

FILED

'JAN 2 7 2020

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

## Petition

Now comes the Petitioner DAVID PERRY to bring forth case of actionable negligence under the doctrine of American Jurisprudence 2d "known or should have known and what a prudent man would have done in like circumstances" and "a person owing another person a duity and doing their duity in such a manner that it causes a person harm". Petitioner is being considered for administrative settlement under 28 U.S.C. §2675 for a sum of no more than $50,000, fifty thousand dollers. However, Petitioner feels that this is in violation of his 14th Amendment rights to "property" no state shall make or enforce any laws that denies citizens of the united states within it's jurisdiction ... property without due process of law". Whereby the Petitioner seeks a sum of $500,000, five hundred thousand dollers
PAGE (1.)

UNDER 28 C.F.R. Sec. 0.172: (b), (1), (2), (3) Et, SEQ FOR INJURIES SUFFERED DUE TO ACTIONALBLE NEGLIGENCE 2d By DEFENDANTS UNDER THE Doctrine OF American JURISPRUDENCE AND HEREBY STATES THE FOLLOWING AND MAKES A PRAYER FOR Equitable RelieF SOUGHT: ALL DEFENDANTS ARE SUED IN THEIR OFFICIAL AND PRIVATE CAPACITY AND THEIR BOND IS ALSO TO BE CHARGED FOR ANY AWARDS GRANTED.

(1.) ON 03/09/2015 SULFA Antibiotics WHERE PERSCRIBED TO Petitioner DAVID PERRY AND HE HAD A ALLERGIES REACTION CALLED AgioEDEMA AND AGAIN ON 10-30/2015 By CHOI, B. RN. REACTION UNKNOWN. THIS IS IN VIOLATION OF AMERICAN JURISPRUDENCE 2d "KNOWN OR SHOULD HAVE KNOWN AND WHAT A PRUDENT MAN WOULD HAVE DONE IN Like CircumsTANCES 2d/d" AND " A PERSON OWING ANoTHER PERSON A DUITY AND DOING THEIR DUITY WHERE A PERSON GET'S INJURED. 2d 10/30/20 , 15.

(2.) ON 10/30/2015 ZONKER, Tyler PA-C PERSCRIBED TO THE Petitioner DAVID PERRY RISPERDAL, WHERE AFTER, THE Petitioner SUFFERED AgioEDEMA AND A GRAND MAL SIZZURE WHICH CAUSED Him TO DEFICATE AND URINATE IN HIS CLOTHS AND UPON HIS BODY. THIS IS IN VIOLATION OF AMERICAN JURISPRUDENCE Actionable NEGLIGENCE " KNOWN OR SHOULD HAVE KNOWN AND WHAT A PRUDENT MAN WOULD HAVE DONE IN Like CircumsTANCE's" AND " A PERSON OWING ANoTHER PERSON A DUITY AND DOING THAT DUITY IN SUCH A MANNER THAT, A PERSON GETS HURTS" 07/25/2019.

Case 5:20-ct-03035-D   Document 1   Filed 01/27/20   Page 2 of 5

PAGE (2.)

(3.) ON 07/25/2019 PROZAC WAS PERSCRIBED TO THE Petitioner DAVID PERRY BY OVERTON, LA VON PA-C WHERE Subsequently He Suffered ANGIODEMA AN ALLERGIC Reaction AND He Suffered MASIVE FACIAL LACERATIONS AND DISFIGURMENT FROM THE DRUG. THIS is IN Violation AMERICAN JurisPRUDENCE 2d " KNOWN OR SHOULD HAVE KNOWN AND WHAT A PRUDENT MAN WOULD HAVE DONE IN Like CircumStANces" AND " A Person OWING ANOTHER PERSON A Duity AND Doing THAT Duity IN Such A mANNER THAT A PERSON Get's Hurt". 08/28/2019

(4.) 08/28/2019 PROLIXIN WAS ALSO PERSCRIBED TO THE Petitioner DAVID PERRY BY KUBIN, RACHEL PA-C WHERE Subsequently He Again SUFFERED FROM MASIVE FACIAL LACERATIONS AND DiSFIGURMENT-AND TONGUE SWELLING AND Difficulty Swallowing FROM THE DRUG, " KNOWN OR SHOULD HAVE KNOWN AND WOULD A PRUDENT MAN WOULD HAVE DONE IN Like CircumStAtNces" AND " A PERSON OWING ANOTHER PERSON A Duity AND Doing THAT Duity IN SUCH A mANNER THAT A PERSON Get's Hurt" 11-13-2019,

(5) COUNSULOR WIGGINS AND UNIT MANAGER SIMMS knew About ALLERGIES AND DID NOTHING By Attempt At INFORMAL RESOLUTION, AND ATTORNEY MELLONDY GAVISK KNEW By Receiving MEDICAL Reports AND ALLOWED THE Petitioner TO BE MEDICATED with DRUGS THAT He is ALLERGIC TO, A VIOLATION OF AMERICAN JURISPRUDENCE 2d " KNOWN OR SHOULD HAVE KNOWN AND WHAT A PRUDENT MAN WOULD HAVE DONE IN Like CiR-CumStANces," AND " A PERSON OWING ANOTHER PERSON A

PAGE (3.)

Cont'

5.) Duity AND Doiwg THeir Duity Tu Such A mAwwer THAt A Person Get's Hurt." 10/30/19.

THAut you,

David Perry

DAviD Perry 14113-091
FMC-Butver
P.O. Box 1600
Butver, NC 27509

JAN 20/2020

Case 5:20-ct-03035-D    Document 1    Filed 01/27/20    Page 4 of 5

PAGe (4.) END

Certificate of Service

I, David Perry Registration No 14113-091 Do Hereby State THAT I Served A TRUE AND CORRECT copy By Placing THE SAME IN FMC-Butner Mailing System AND Sending it to: Jan 20,2020

Matthew W. Mellady, Regional Counsel
U.S. Department of Justice
Federal Bureau of Prisons
Mid-Atlantic Region
Butner Legal Center
P.O. Box 1600
Butner, North Carolina 27509 (And) Melanie Gauisk
214 W. Lincolnway Cheyenne, WY 82001.
Administrative Tort Claim Received: 9/24/2019
Claim No. TRT-MXR-2020-01417
A

Thank you,

David Perry 14113-091
FMC-Butner
P.O. Box 1600
Butner, NC 27509

JAN 20th 2020